CERTIFICATE OF SERVICE

Case Name: <u>Eric Ketayi, et al v. Health Enrollment Group, et al.</u>

Case No:   20cv1198-GPC-KSC

I hereby certify that on September 11, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CLASS ACTION: FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF DEMAND FOR JURY TRIAL ON ALL CAUSES OF ACTION SO TRIABLE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that the below participants in the case to be personally served by Nationwide Legal:

1. Alliance For Consumers, USA
   C/O Corporate Creations Newtork
   4640 Admirality Way, 5th Floor
   Marina del Ray, CA 90292
2. Alliance For Consumers, USA
   C/O Corporate Creations Network
   5000 Central Park Drive, Suite 204
   Lincoln, NE 68504

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 11, 2020, at San Diego, California.

September 11, 2020                              *Corinne Britt*

Declarant                                        Signature