UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KETAYI, and MIRYAM KETAYI, both individually and on behalf of all others similarly situated and for the benefit of the general public,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HEALTH ENROLLMENT GROUP, a Florida corporation; ADMINISTRATIVE CONCEPTS, INC., a Pennsylvania corporation; AXIS, a Bermuda corporation d/b/a Axis Insurance Company; AXIS SPECIALTY U.S. SERVICES, INC., a Delaware corporation; ALLIANCE FOR CONSUMERS USA, a Nebraska corporation; LIBERTY HEALTH, an entity of unknown form; HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, a Delaware corporation; HEALTH INSURANCE INNOVATIONS HOLDINGS, INC., a Delaware corporation; FIRST HEALTH GROUP, CORP., a Delaware corporation; MARC MUNOZ, an individual; KEVIN | Case No.: 20-CV-1198 TWR (KSC)<br><br>**ORDER GRANTING MOTION OF MICHAEL GOSLING FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>(ECF No. 61) |

ROMERO, an individual; and JUANITA NICOLUCCI, an individual, inclusive,

Defendants.

Presently before the Court is the Motion of Michael Gosling for Leave to Withdraw as Counsel for Plaintiffs ("Mot.," ECF No. 61), with co-counsel at Fox Law APC to continue to represent Plaintiffs. (ECF No. 61-1 ¶ 2.) Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court **SHALL UPDATE** the docket to reflect Mr. Gosling's withdrawal.

**IT IS SO ORDERED.**

Dated: October 8, 2020

Honorable Todd W. Robinson
United States District Court