# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 20-cv-01392-TWR-MDD |
| TITLE: | Velasquez v. Shellpoint Mortgage Servicing |
| E-FILED DATE: 10/9/2020 | DOCUMENT NO.: 5 |
| DOCUMENT TITLE: | NOTICE OF RELATED CASE(S) by Shellpoint Mortgage Servicing of case(s) 3:14-CV-00473-CAB-NLS |
| DOCUMENT FILED BY: | Rambarran, Ian |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") Discrepancy

ECF § 2(a), (g) - Docket entry does not accurately reflect the document(s) file;

**IT IS HEREBY ORDERED:**

☐ The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record.

☒ The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties.

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

s/ CC

Chambers of the Honorable
Todd W. Robinson