UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KETAYI, and MIRYAM KETAYI, both individually and on behalf of all others similarly situated and for the benefit of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH ENROLLMENT GROUP, a Florida corporation; ADMINISTRATIVE CONCEPTS, INC., a Pennsylvania corporation; AXIS, a Bermuda corporation d/b/a Axis Insurance Company; AXIS SPECIALTY U.S. SERVICES, INC., a Delaware corporation; ALLIANCE FOR CONSUMERS USA, a Nebraska corporation; LIBERTY HEALTH, an entity of unknown form; HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, a Delaware corporation; HEALTH INSURANCE INNOVATIONS HOLDINGS, INC., a Delaware corporation; FIRST HEALTH GROUP, CORP., a Delaware corporation; MARC MUNOZ, an individual; KEVIN | Case No.: 20-CV-1198 TWR (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>(ECF No. 70) |

ROMERO, an individual; and JUANITA NICOLUCCI, an individual, inclusive,

Defendants.

Presently before the Court is Plaintiffs Eric and Miryam Ketayi and Moving Defendants Health Plan Intermediaries Holdings, LLC; Health Insurance Innovations Holdings, Inc.; Administrative Concepts, Inc.; First Health Group, Corp.; AXIS, d/b/a Axis Insurance Company; Axis Specialty U.S. Services, Inc.; Health Enrollment Group; Marc Munoz; and Kevin Romero's Joint Motion to Set Briefing and Hearing Schedule on Defendants' Motions to Dismiss ("Joint Mot.," ECF No. 70).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Accordingly, the Court **CONTINUES** the hearing on the Moving Defendants' Motions to Dismiss (ECF Nos. 63, 64, 65, 66, and 69) to January 27, 2021 at 1:30 p.m. in Courtroom 3A.   Plaintiffs **SHALL FILE** their opposition(s) on or before December 9, 2020, and the Moving Defendants **MAY FILE** their replies, if any, on or before January 8, 2021.

**IT IS SO ORDERED.**

Dated:  October 26, 2020

_____
Honorable Todd W. Robinson
United States District Court