# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KETAYI and MIRYAM KETAYI, both individually and on behalf of all others similarly situated and for the benefit of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH ENROLLMENT GROUP, a Florida corporation; ADMINISTRATIVE CONCEPTS, INC., a Pennsylvania corporation, AXIS, a Bermuda corporation d/b/a Axis Insurance Company; AXIS SPECIALTY U.S. SERVICES, INC., a Delaware corporation; ALLIANCE FOR CONSUMERS USA, a Nebraska corporation; HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, a Delaware corporation; HEALTH INSURANCE INNOVATIONS HOLDINGS, INC., a Delaware corporation; COST CONTAINMENT GROUP, INC., a Delaware Corporation, OCEAN CONSULTING GROUP, INC., a Delaware Corporation,<br>            Defendants. | Case No.: 20-CV-1198-GPC-KSC<br><br>**ORDER DENYING AS MOOT DEFENDANT HEALTH ENROLLMENT GROUP'S MOTION TO ATTEND HEARING TELEPHONICALLY**<br><br>[**ECF No. 174**] |

On November 16, 2021, counsel for Defendant Health Enrollment Group requested permission to attend telephonically the hearing previously scheduled for November 17, 2021 on the motions to dismiss filed by other Defendants in this action. ECF No. 174. The Court subsequently vacated the hearing on the motions to dismiss, finding the matter suitable for disposition without a hearing under Civil Local Rule 7.1(d)(1). ECF No. 175. Accordingly, the Court **DENIES AS MOOT** Defendant Health Enrollment Group's motion for leave to attend the hearing telephonically.

**IT IS SO ORDERED.**

Dated: December 2, 2021

Hon. Gonzalo P. Curiel
United States District Judge