UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KETAYI and MIRYAM KETAYI, both individually and on behalf of all others similarly situated and for the benefit of the general public,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HEALTH ENROLLMENT GROUP, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-1198-GPC-KSC<br><br>**ORDER REGARDING RULE 30(b)(6) DEPOSITION OF COST CONTAINMENT GROUP, INC.** |

On February 1, 2022, the Court's staff conferenced with counsel for plaintiffs and counsel for nominal defendant Cost Containment Group, Inc. ("CCG") to discuss a dispute concerning plaintiffs' Rule 30(b)(6) deposition notice to CCG. On February 10, 2022, the Court heard argument from the parties concerning their dispute. The hearing was recorded. For the reasons discussed on the record during the February 10, 2022 discovery hearing, the Court finds that the proposed Rule 30(b)(6) deposition is within the scope of the jurisdictional discovery permitted by the District Court's December 3, 2021 Order [Doc. No. 178]. Accordingly, and for good cause appearing, the Court hereby **ORDERS** as follows:

1. CCG must produce a witness who is prepared to testify as to all eight topics set forth in Exhibit A to plaintiffs' deposition notice (previously lodged with chambers) except as to Topic 8 which the parties have narrowed by mutual agreement as stated on the record.
2. The Rule 30(b)(6) deposition must be <u>completed</u> no later than **<u>March 4, 2022</u>**.
3. The parties are directed to work cooperatively to arrange for the deposition to be conducted virtually, and shall make any necessary stipulations such that the deposition shall proceed according to the Federal Rules of Civil Procedure and that any disputes arising during the deposition will be resolved by this Court.
4. Plaintiffs shall have until and including **<u>March 18, 2022</u>**, to move to amend the complaint. No other deadline set forth in the Court's December 14, 2021 Scheduling Order [Doc. No. 182] is affected by this Order.

**IT IS SO ORDERED.**

Dated:  February 10, 2022

Hon. Karen S. Crawford
United States Magistrate Judge