UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KETAYI, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>HEALTH ENROLLMENT GROUP, et al.,<br><br>　　　　　　　Defendants. | Case No.:  20-cv-1198-RSH-KSC<br><br>**ORDER GRANTING TEMPORARY STAY OF THIS ACTION**<br><br>[ECF Nos. 395] |

　　　　After notifying the Court of the commencement of voluntary bankruptcy proceedings under Chapter 11 of Title 11 of the U.S. Code, this case was automatically stayed on May 25, 2023, as to Defendants Health Insurance Innovations Holdings, Inc. ("HII"), and Health Plan Intermediaries Holdings, LLC ("HPI") (collectively, the "Debtor Defendants"), pursuant to 11 U.S.C. § 362(a). ECF Nos. 343–44. This action proceeded as to the remaining Defendants Health Enrollment Group, Alliance for Consumers USA, Administrative Concepts, Inc., AXIS d/b/a "Axis Insurance Company," AXIS Specialty U.S. Services, Inc., Cost Containment Group, Inc., and Ocean Consulting Group, Inc. (collectively, the "Non-debtor Defendants"). ECF No. 374. Following the denial of class certification, the Court issued an amended scheduling order on October 23, 2023. ECF Nos. 386, 394.

On November 30, 2023, Plaintiffs and the Non-debtor Defendants jointly filed a motion to stay this action for 60 days, because they have reached an agreement in principle to resolve Plaintiffs' individual claims and need time to finalize a settlement agreement. ECF No. 395.

For good cause, the Court **GRANTS** the joint motion, **VACATES** the amended scheduling order [ECF No. 394], and **STAYS** this action as to the Plaintiffs and Non-debtor Defendants until January 30, 2024. If there is no joint stipulation of dismissal filed prior to that date, Plaintiffs and the Non-debtor Defendants shall file a joint status report by January 30, 2024.

**IT IS SO ORDERED**.

Dated:  November 30, 2023

_____
Hon. Robert S. Huie
United States District Judge