UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KETAYI et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH ENROLLMENT GROUP et al.,<br><br>Defendants. | Case No.: 20-cv-1198-RSH-KSC<br><br>**ORDER DISMISSING ACTION** |

On March 28, 2024, Plaintiffs Eric and Miryam Ketayi; Defendants Health Enrollment Group, AXIS Insurance Company, Administrative Concepts, Inc., Alliance for Consumers USA, Inc., Cost Containment Group, Inc., and Ocean Consulting Group, Inc. (collectively, the "Non-Debtor Defendants"); and Defendants Health Plan Intermediaries Holdings, LLC, and Health Insurance Innovation Holdings, Inc. (collectively, the "Debtor Defendants"), jointly filed a stipulation of dismissal. ECF No. 402. Plaintiffs and the Non-Debtor Defendants have agreed to dismissal of this action with prejudice. *Id.* at 2. Plaintiffs and the Debtor Defendants have agreed to dismissal of this action without prejudice. *Id.*

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this civil action as to Plaintiffs and the Non-Debtor Defendants **WITH**

**PREJUDICE**, and **DISMISSES** this civil action as to Plaintiffs and the Debtor Defendants **WITHOUT PREJUDICE**. The Court shall retain jurisdiction over the enforcement of the Parties' settlement agreement for 60 (sixty) days from the date of this order. Each party shall bear their own costs and attorneys' fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 28, 2024

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge